UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| Michael M. Euler, | § | Civil Action H-09-803 |
| | § | |
| Debtor. | § | Bankruptcy 05-44256 |
| | § | |

------------------------------------------

## Opinion on Appearance and Extension

1.  Although Mary Kay Green's bar membership for the Southern District of Texas has expired, she has made an appearance for Michael M. Euler. Ms. Green has requested the court to consider a copy of a document in connection with this case. The clerk will enter her appearance as counsel for Michael M. Euler in his appeal.

2.  No motion to extend was filed in the appeal. As the copy of the motion filed with the e-mail clearly shows, the motion was filed with only the bankruptcy numbers. That error apart, the motion gives no reason other than he has not had time to do it. He had been granted one extension already, and this motion was filed 20 days after the expiration of his extension. As the appellant, he was obliged to present his arguments first, but the appellee filed his on time under the original schedule; that show of initiative allows Euler no extra time to meet his responsibilities.

3.  If he had filed his motion for an extension properly and if he had not heard, he would have still had to file his brief on time. Whenever his brief was due at the beginning, the court allowed him until May 15, 2009. He has nothing due in response to the appellee's brief or anything else on June 15th.

4.    If Euler's counsel again requests substantive relief by an e-mail or appears while attempting not to appear, she will be referred to the admissions committee.  The multiple errors of law and fact in the motion to reconsider are themselves troubling.

Signed on June 16, 2009, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge